**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **Case No.: 1:24-mj-280 (MAU)** |
| **KRISTEN OLIVER CUNNINGHAM,** | : | |
| **STACEY LYNNE URHAMMER,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Cytheria D. Jernigan is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Cytheria D. Jernigan*
CYTHERIA D. JERNIGAN
DC Bar No. 494742
Assistant U.S. Attorney, WDLA
Detailed to the U.S. Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(318) 676-3611 (v)
(318) 676-3663 (f)
Cytheria.Jernigan@usdoj.gov