**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : <br> KRISTEN OLIVER CUNNINGHAM, : <br> : <br> *Defendant*. : | No. 24-mj-280-01-MAU |

**NOTICE OF APPEARANCE**

Please enter the appearance of Christopher Macchiaroli of Silverman, Thompson, Slutkin, & White, LLC as Criminal Justice Act counsel for Defendant Kristen Oliver Cunningham in the above-referenced matter.

Dated: September 14, 2024             Respectfully submitted,

                                                               **SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

                                                                  /s/ Christopher Macchiaroli
                                                               Christopher Macchiaroli (D.C. Bar No. 491825)
                                                               1775 I Street, NW, Suite 1150
                                                               Washington, D.C. 20006
                                                               Telephone: (202) 539-2444
                                                               Facsimile:  (410) 547-2432
                                                               Email: cmacchiaroli@silvermanthompson.com

                                                               *Counsel for Defendant*