AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00280 |
| Kristen Oliver Cunningham | ) Assigned to: Judge Upadhyaya, Moxila A. |
|  | ) Assign Date: 9/4/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kristen Oliver Cunningham,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) Parading, Picketing, and Demonstrating in a Capitol Building.

Date: 09/04/2024

*Issuing officer's signature*

City and state: Washington, D.C.    Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/4/24, and the person was arrested on *(date)* 9/6/24
at *(city and state)* ARCATA, CALIFORNIA.

Date: 9/12/24

*Arresting officer's signature*

CHELSEA GUTIERREZ, SPECIAL AGENT
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) |
| Kristen Oliver Cunningham, (DOB: XXXXXXXXX) | ) Case: 1:24-mj-00280 |
| Stacey Lynne Urhammer, (DOB: XXXXXXXX) | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 9/4/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the _____ in the District of   Columbia  , the defendant(s) violated:

*Code Section*                                   *Offense Description*

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) Parading, Picketing, and Demonstrating in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/04/2024

_____
*Judge's signature*

City and state:   Washington, D.C.   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

Case 1:24-mj-00280-MAU   Document 10   Filed

Case: 1:24-mj-00280
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 9/4/2024
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant, ███████████, is a Special Agent assigned to the Federal Bureau of Investigation ("FBI") San Francisco Field Office. In my duties as a Special Agent, I have investigated allegations associated with domestic terrorism. I have completed training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. EST Shortly thereafter, by approximately 1:30 p.m. EST, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. EST members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00

p.m. EST. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Identification of Kristen Oliver Cunningham and Stacey Lynne Urhammer

On September 22, 2021, FBI received information regarding KRIS CUNNINGHAM and STACEY LOESER or STACEY URHAMMER having attended the Capitol riot on January 6, 2021. On August 1, 2022, the FBI interviewed a tipster who was aware of CUNNINGHAM and URHAMMER being present at the capitol. The tipster, someone with a relationship to CUNNINGHAM and URHAMMER, received information from a friend stating that CUNNINGHAM had been present at the January 6th riots along with his partner URHAMMER.

The tipster confronted URHAMMER about her being inside the Capitol, and URHAMMER eventually admitted that both she and CUNNINGHAM went inside the Capitol.

The tipster provided direct messages from Instagram between the tipster and URHAMMER through URHAMMER's known Instagram account. In these messages, URHAMMER stated that she and CUNNINGHAM were at the Capitol on January 6, 2021, that it was her idea to attend, and that CUNNINGHAM joined to protect her.

In an interview conducted by the FBI, the tipster identified both CUNNINGHAM and URHAMMER in photographs taken of the subjects at the Capitol. The tipster was shown Image 2 and Image 7, as labeled below, and confirmed that URHAMMER and CUNNINGHAM were the individuals in those photographs.

### Cunningham and Urhammer activity at the U.S. Capitol on Jan. 6, 2021

The affiant reviewed closed-caption video ("CCV") from the U.S. Capitol Police ("USCP"), and other images/video taken by individuals in the crowd that capture CUNNINGHAM and URHAMMER at several different locations within the U.S. Capitol building and grounds on January 6, 2021.

CUNNINGHAM entered the Capitol at approximately 2:18 p.m. through the Senate Wing Door. *See Image 1*. CUNNINGHAM wore a green jacket, jeans, dark boots, a red Under Armor bag on his back, a red hat with a black beanie underneath, and a black face mask. URHAMMER wore a red patterned jacket with a dark hooded jacket underneath, a grey beanie under the hood of the dark jacket, an American flag bandana or scarf, a gold necklace, and a black purse. *See Image 2*. CUNNINGHAM is seen with URHAMMER entering and moving through the Capitol.



Image 1 – CUNNINGHAM and URHAMMER entering the Capitol



*Image 2 – CUNNINGHAM (circled in red) and URHAMMER (circled in yellow) inside the Capitol*

At approximately 2:28 p.m., CUNNINGHAM (no longer wearing the red hat) and URHAMMER pushed themselves against the wall to the left of the Memorial Door arch after a police line pushed the crowd back into the area. *See Image 2*. CUNNINGHAM later directs himself and URHAMMER across the camera to a stairwell out of view of the camera.



*Image 3 – CUNNINGHAM and URHAMMER near the Memorial Door*

CUNNINGHAM and URHAMMER appeared at approximately 2:57 p.m. walking down the hallway near the House Wing Door after police pushed rioters out of the Memorial Door area. *See Image 3.*



*Image 4 – CUNNINGHAM and URHAMMER walking near the House Wing Door*

CUNNINGHAM and URHAMMER appear to be directed out of the Capitol by officers pointing for them to leave at approximately 2:57 p.m. near the South Door Vestibule. *See Image 5.* They were inside the Capitol building approximately forty minutes.



*Image 5 – Officer gesturing for CUNNINGHAM and URHAMMER to exit*



*Image 6 – CUNNINGHAM and URHAMMER exiting the Capitol*



*Image 7 – CUNNINGHAM and URHAMMER outside the East Front of the Capitol*

Based on the foregoing, your affiant submits that there is probable cause to believe that CUNNINGHAM and URHAMMER violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact,

impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

      Your affiant submits there is also probable cause to believe that CUNNINGHAM and URHAMMER violated 40 U.S.C. §§ 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 4th day of September 2024.

                                                     MOXILA A. UPADHYAYA,
                                                     U.S. MAGISTRATE JUDGE

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 30 | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Emma Philbrook/Gloria Knudson | | REPORTER/FTR<br>Zoom Webinar: 9:59-10:29 | |
| MAGISTRATE JUDGE<br>Robert M. Illman | | DATE<br>September 6, 2024 | | NEW CASE ☐ | CASE NUMBER<br>24-mj-71326 |
| **APPEARANCES** | | | | | |
| DEFENDANT<br>Kristen Oliver Cunningham | AGE<br>53 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Daniel Blank by Zoom | PD. ☒  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Casey Boome by Zoom | INTERPRETER | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☒<br>Provisionally |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEAR<br>14 | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>1 | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>15 | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ UNSECURED | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED   ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Case unsealed. DPPA advised. Rule 5 waiver signed. Next appearance 9/17/2024 9:30 PST by Zoom. FPD provisionally appointed to be relieved upon Defendant's appearance at charging district's hearing. Time excluded 9/6/2024-9/17/2024 effective preparation of counsel.

DOCUMENT NUMBER:

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 24-MJ-71326 |
| Kristen Cunningham ) | |
| _Defendant_ ) | Charging District's Case No. 1:24-mj-280 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Sep 6, 2024          _____
                                            *Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

# U.S. District Court
## California Northern District (San Francisco)
### CRIMINAL DOCKET FOR CASE #: 3:24-mj-71326-MAG-1

| | |
|---|---|
| Case title: USA v. Cunningham et al | Date Filed: 09/05/2024 |

Other court case number: 1:24-mj-00280 District of Columbia

Assigned to: Magistrate Judge

**Defendant (1)**

| | | |
|---|---|---|
| **Kristen Oliver Cunningham** | represented by | **Daniel P Blank**<br>Office of the Federal Public Defender<br>450 Golden Gate Avenue<br>Room 19-6884, Box 36106<br>San Francisco, CA 94102<br>415-436-7700<br>Fax: 415-436-7706<br>Email: daniel_blank@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a | |

Capitol Building) 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Casey Boome**<br>U.S. Attorney's Office<br>Criminal Division<br>450 Golden Gate Ave.<br>Box 36055<br>San Francisco, CA 94102<br>415-436-6627<br>Fax: 415-436-7234<br>Email: casey.boome@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2024 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Kristen Oliver Cunningham (1), Stacey Lynne Urhanner (2). (Attachments: # 1 Order) (exl, COURT STAFF) (Filed on 9/5/2024) (Entered: 09/05/2024) |
| 09/06/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge Robert M. Illman: Initial Appearance as to Kristen Oliver Cunningham held on 9/6/2024<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>ID of Counsel Hearing as to Kristen Oliver Cunningham held on 9/6/2024, Bond Hearing as to Kristen Oliver Cunningham held on 9/6/2024, Added attorney Daniel P Blank for Kristen Oliver Cunningham. Case unsealed. Rule 5 waiver signed. Next appearance 9/17/2024 9:30 PST by Zoom. FPD provisionally appointed to be relieved upon Defendant's appearance at charging district's hearing. Time excluded 9/6/2024-9/17/2024 effective preparation of counsel. Recording Time Zoom Webinar: 9:59-10:29. (exl, COURT STAFF) (Filed on 9/6/2024) (Entered: 09/10/2024) |
| 09/06/2024 | 3 | **ORDER Setting Conditions of Release Unsecured Bond Entered as to Kristen Oliver Cunningham. Signed by Magistrate Judge Robert M. Illman on 9/6/2024. (exl, COURT STAFF) (Filed on 9/6/2024) (Entered: 09/10/2024)** |
| 09/06/2024 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Kristen Oliver Cunningham (exl, COURT STAFF) (Filed on 9/6/2024) (Entered: 09/10/2024) |